## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

**JOHN MORALES,**

    **Plaintiff**                                                     Case Number:  2:21-cv-00001-JLB-MRM

**Truly Nolen of America, Inc.,**

    **Defendant**

_____/

### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to FRCP 41(a)(1)(A)(i), hereby gives this Honorable Court notice of dismissal of this action with prejudice.

                                                         Respectfully submitted,

Dated: February 19, 2021                  */s/ Alberto R. Leal*.
                                                       Alberto R. Leal
                                                       Florida Bar No.: 1002345
                                                       E-Mail: al@thelealfirm.com
                                                       The Leal Law Firm, P.A.