UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOHN MORALES,

    Plaintiff,

v.                                          Case No:   2:21-cv-1-JLB-MRM

TRULY NOLEN OF AMERICA,
INC.,

    Defendant.

## ORDER

Plaintiff has filed a Notice of Dismissal with Prejudice.  (Doc. 11.)  The notice is self-executing.  See Fed. R. Civ. P. 41(a)(1)(A)(i); Matthews v. Gaither, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam).  Accordingly, the Clerk is **DIRECTED** to terminate any pending deadlines and close the file.

**ORDERED** at Fort Myers, Florida, on February 22, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE